UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH STARLING, *et al.*,

        Plaintiffs,

   v.

WALMART INC,

        Defendant.

Case No. C21-1156-RSM-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On June 14, 2022, the parties filed a "Stipulated Motion to Modify Scheduling Order" ("Stipulated Motion"). (Dkt. # 9.) Per the parties' Stipulated Motion, the parties request that the Court extend the current June 20, 2022 discovery cut-off deadline by 91 days to September 19, 2022, "and to issue a new scheduling order based upon the extended deadline."[1] (*Id.* at 1, 4.) The parties specifically request that the trial date of November 14, 2022, not be changed. (*Id.* at 4.) However, the parties neglect to address the effect of the requested modification on the July 18, 2022 dispositive motions deadline. (*See* dkt. # 8.) If correspondingly extended by 91 days,

---

[1] The deadline of May 18, 2022, for discovery motions and expert witness disclosure/reports has already passed. (Dkt. # 8.)

MINUTE ORDER - 1

dispositive motions would be due October 17, 2022, and noted for the Court's consideration no earlier than November 11, 2022, on the eve of trial. The parties' requested discovery extension would provide the Court and the parties an unsuitable and condensed length of time to resolve dispositive motions before trial.

Accordingly, the parties' Stipulated Motion (dkt. # 9) is DENIED.

Dated this __ day of June, 2022.

<u>Ravi Subramanian</u>
Clerk of Court

By: <u>Tim Farrell</u>
Deputy Clerk

MINUTE ORDER - 2