1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH STARLING, *et al.*,

                Plaintiffs,

     v.

WALMART INC,

                Defendant.

Case No. C21-1156-RSM-MLP

ORDER

     Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

     (1)    The Court ADOPTS the Report and Recommendation.

     (2)    Defendant's Motion for Summary Judgment is GRANTED in part. Plaintiffs' claims for discrimination, defamation, and punitive damages are dismissed.

     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

//

//

//

ORDER - 1

DATED this 8th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2