The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH STARLING individually and on behalf of his minor children M.J.A and M.E.S, <br><br>Plaintiffs, <br><br>v. <br><br>WALMART INC., a Delaware Corporation, <br><br>Defendant. | NO. 2:21-cv-01156 – RSM-MLP <br><br>ORDER GRANTING WALMART INC.'S MOTION TO SEAL PERSONAL IDENTIFIERS OF MINORS AND WITNESSES |

THIS MATTER, having come before the Court on Defendant Walmart Inc.'s Motion to Seal Personal Identifiers of Minors and Witnesses, and the Court having considered the arguments of counsel and reviewed the records and files herein, now hereby ORDERS, ADJUDGES, and DECREES:

Walmart's Motion to Seal Personal Identifiers of Minors and Witnesses is GRANTED

DATED this 22nd day of May 2023.

_____
HONORABLE RICARDO S. MARTINEZ
US DISTRICT COURT JUDGE

WALMART INC.'S MOTION TO SEAL PERSONAL IDENTIFIERS OF MINORS - 1
2:21-cv-01156

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7754389.1