UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH STARLING, individually and on behalf of his minor children M.J.S and M.E.S,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation,<br><br>Defendant. | Case No. C21-1156<br><br>ORDER DIRECTING PAYMENT OF JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch provided to the 7- member jury in deliberations on **Wednesday, May 24, 2023**, in the above-entitled action.

Dated this 25th day of May, 2023.

                    _/s/ Ricardo S. Martinez_
                    RICARDO S. MARTINEZ
                    UNITED STATES DISTRICT JUDGE

ORDER - 1