# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOSEPH STARLING, individually and on behalf of his minor children M.J.S. and M.E.S.,<br><br>               Plaintiffs,<br>   v.<br><br>WALMART INC., a Delaware corporation,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C21-1156 RSM |

 X     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    Judgment is entered against Walmart Inc. and in favor of Plaintiffs M.J.S. and M.E.S. in the amount of $2,500 respectively.  See Verdict Form (Dkt. #80) for details.

    DATED this 25th day of May, 2023.

                                                    RAVI SUBRAMANIAN
                                                    Clerk of Court

                                                    *s/Serge Bodnarchuk*
                                                    Deputy Clerk